The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN HEINZ, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AMAZON.COM, INC. and DOES 1 through 10, inclusive, and each of them,

    Defendants.

No. 2:24-cv-00714-RSM

STIPULATED MOTION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO COMPLAINT

NOTE ON MOTION CALENDAR:
July 31, 2024

STIPULATED MOTION AND ORDER ON
BRIEFING SCHEDULE FOR RESPONSE TO COMPLAINT
(2:24-cv-00714-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATION**

Pursuant to LCR 10(g), Plaintiff Brian Heinz ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant"), by and through their undersigned counsel, stipulate as follows:

1. On May 22, 2024, Plaintiff commenced this action by filing the Complaint in this Court. (ECF No. 1.)

2. On July 26, 2024, Defendant waived service of the summons and Complaint.

3. Defendant's deadline to answer or otherwise respond to the Complaint is September 24, 2024.  Fed. R. Civ. P. 4(d)(3).

4. On July 29, 2024, the parties' counsel conferred and agreed to the following stipulated briefing schedule to accommodate both parties' scheduling conflicts and ensure each has adequate opportunity to consider and brief Defendant's anticipated motion to dismiss:

    a. <u>September 24, 2024</u> – Deadline to respond to the Complaint;

    b. <u>October 25, 2024</u> – Deadline to oppose any motion;

    c. <u>November 22, 2024</u> – Deadline to reply in support of any motion; and

    d. Motion noted for consideration <u>November 22, 2024</u>.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER ON
BRIEFING SCHEDULE FOR RESPONSE TO COMPLAINT
(2:24-cv-00714-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED AND JOINTLY SUBMITTED this 31st day of July, 2024.

| | |
|---|---|
| CROSNER LEGAL P.C.<br>Attorneys for Plaintiff Brian Heinz<br><br>By: *s/ Craig Straub*<br>　　Zachary M. Crosner, WSBA #61644<br>　　Craig Straub, (*pro hac vice* forthcoming)<br>　　9440 Santa Monica Blvd. Suite 301<br>　　Beverly Hills, CA 90210<br>　　Telephone:  866-276-7637<br>　　Email:  zach@crosnerlegal.com<br>　　Email:  craig@crosnerlegal.com | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant Amazon.com, Inc.<br><br>By: *s/ John Goldmark*<br>　　John Goldmark, WSBA #40980<br>　　920 Fifth Ave Ste 3300<br>　　Seattle, WA 98104-1610<br>　　Telephone:  206-757-8068<br>　　Email:  johngoldmark@dwt.com<br><br>By: *s/ Heather Canner*<br>　　Heather Canner, (*pro hac vice* forthcoming)<br>　　Sancho Accorsi, (*pro hac vice* forthcoming)<br>　　865 S Figueroa St Ste 2400<br>　　Los Angeles, CA 90017<br>　　Telephone:  213-633-6826<br>　　Email:  heathercanner@dwt.com<br>　　Email:  sanchoaccorsi@dwt.com |

## ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Defendant shall have up to and including September 24, 2024 to answer or otherwise respond to Plaintiff's Complaint, Plaintiff shall have up to and including October 25, 2024 to oppose any motion filed by Defendant, Defendant shall have up to and including November 22, 2024 to file a reply in support of any motion, and any motion will be noted for consideration on November 22, 2024.

DATED this 31st day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER ON
BRIEFING SCHEDULE FOR RESPONSE TO COMPLAINT
(2:24-cv-00714-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax