The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN HEINZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC. and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | No. 2:24-CV-000714-RSM<br>**DECLARATION OF JOHN A. GOLDMARK IN SUPPORT OF AMAZON'S MOTION TO DISMISS**<br>ORAL ARGUMENT REQUESTED<br>NOTE ON MOTION CALENDAR: November 22, 2024 |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**DECLARATION OF JOHN A. GOLDMARK**

I, John A. Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant Amazon.com, Inc. ("Amazon") in this matter. I make this declaration in support of Amazon's Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of the Amazon.com Conditions of Use ("COUs") publicly posted on Amazon.com from at least June 1, 2021 through September 13, 2022, as they appeared on June 1, 2021, obtained from the Wayback Machine at http://web.archive.org/web/20210601144537/https://www.amazon.com/gp/help/customer/display.html?nodeId=508088&ref_=footer_cou (last visited August 29, 2023).

3. Attached as **Exhibit 2** is also a true and correct copy of the COUs publicly posted on Amazon.com from at least June 1, 2021 through September 13, 2022, as they appeared on September 13, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20220913064854/https://www.amazon.com/gp/help/customer/display.html?nodeId=508088&ref_=footer_cou (last visited August 29, 2023).

4. Attached as **Exhibit 3** is a true and correct copy of the COUs publicly posted on Amazon.com from September 14, 2022 through at least October 3, 2022, as they appeared on September 14, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20220914172507/https://www.amazon.com/gp/help/customer/display.html?nodeId=508088&ref_=footer_cou (last visited August 29, 2023).

5. Attached as **Exhibit 4** is also a true and correct copy of the COUs publicly posted on Amazon.com from September 14, 2022 through at least October 3, 2022, as they appeared on October 3, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20221003032937/https://www.amazon.com/gp/help/customer/display.html?nodeId=508088&ref_=footer_cou (last visited August 29, 2023).



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6. Attached as **Exhibit 5** is a true and correct copy of the Amazon.com Privacy Notice ("Privacy Notice") publicly posted on Amazon.com from February 12, 2021 through June 28, 2022, as it appeared on February 13, 2021, obtained from the Wayback Machine at http://web.archive.org/web/20210213005010/https://www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=468496&ref_=footer_privacy (last visited August 29, 2023).

7. Attached as **Exhibit 6** is also a true and correct copy of the Privacy Notice publicly posted on Amazon.com from February 12, 2021 through June 28, 2022, as it appeared on June 28, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20220628235103/https://www.amazon.com/gp/help/customer/display.html?nodeId=468496&ref_=footer_privacy (last visited August 29, 2023).

8. Attached as **Exhibit 7** is a true and correct copy of the Privacy Notice publicly posted on Amazon.com from June 29, 2022 through December 31, 2022, as it appeared on June 29, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20220629231544/https://www.amazon.com/gp/help/customer/display.html?nodeId=468496&ref_=footer_privacy (last visited August 29, 2023).

9. Attached as **Exhibit 8** is also a true and correct copy of the Privacy Notice publicly posted on Amazon.com from June 29, 2022 through December 31, 2022, as it appeared on December 31, 2022, obtained from the Wayback Machine at http://web.archive.org/web/20221231061547/https://www.amazon.com/gp/help/customer/display.html?nodeId=468496&ref_=footer_privacy (last visited August 29, 2023).

10. Attached as **Exhibit 9** is a true and correct copy of the purchase page on Amazon.com, with customer-specific personal information redacted, obtained from the website on April 5, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of September, 2024, at Seattle, Washington.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*/s/ John A. Goldmark*
John A. Goldmark



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax