The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>Defendants. | No. 2:24-cv-00714-RSM<br><br>**DECLARATION OF CRAIG W. STRAUB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AMAZON.COM, INC'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: November 22, 2024 |

I, Craig W. Straub, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an attorney at the law firm Crosner Legal, P.C. and one of the counsel of record for Plaintiff in the above-entitled action.

2. I submit this declaration in support of Plaintiff's opposition to Defendant Amzon.com Inc.'s ("Amazon") motion to dismiss Plaintiff's Complaint. (ECF No. 16)

3. A true and correct copy of the transcript of the July 10, 2023 hearing on Amazon's motion to transfer in the Eastern District of California before the Honorable William B. Shubb is attached hereto as **Exhibit A**.

4. Amazon filed various Privacy Notices in connection in its previous motion to dismiss and motion to transfer in *Heinz v. Amazon.cm, Inc.*, No. 2:23-cv-00282-WBS-AC (E.D. Cal.). These were authenticated by an Amazon employee, Eugide Matondo. The documents attached to the Eugide Matondo declaration are attached hereto as **Exhibit B.**

5. In this action, Amazon's attorney, John A. Goldmark, submitted a declaration and did not attach the actual Privacy Policy or the Conditions of Use ("COUs") that consumers would view if they clicked on the hyperlinks on Amaozn's website. *See* ECF No. 17. Instead, Goldmark submitted purported copies from the "Wayback Machine" which contain an additional header and are not authenticated from a person knowledgeable with the details of the Wayback Machine. *See* ECF Nos. 17-1 to 17-8. Amazon did not authenticate these documents.

6. Courts have refused to admit copies from the Wayback Machine unless "a witness testified to 'how the Wayback Machine website works and how reliable its contents are.'" *Hansen Cold Storage Constr. v. Cold Sys., Inc.*, No. 2:19-CV-07617-SB-MAA, 2021 WL 6536672, at *3 (C.D. Cal. Dec. 19, 2021) (quoting *United States v. Bansal*, 663 F.3d 634, 667 (3d Cir. 2011)).

7. Thus, in analyzing the Privacy Policies and the COUs, I am using the documents filed in the Eastern District of California action at ECF No. 24-1 which were authenticated by an Amazon employee. (**Exhibit B** attached hereto). I have removed the highlighting placed on the documents by Amazon's attorneys, so the documents conform to what was on Amazon's website.

8. I performed a "Find" search for the terms "recording" and "records" in these Privacy Notices. The only relevant sentences related to Amazon's recording of conversations were: "voice recordings when you speak to Alexa", and "voice recordings associated with your account". The Privacy Notice contains an overwhelming 74 embedded hyperlinks. The Privacy Notice contains 9 pages, 3,479 words, 161 paragraphs, and 393 lines. Using directions from Adobe, Exhibit C to the declaration of to the declaration of Matondo (which is listed as Exhibit C in the **Exhibit B** attached hereto) was converted to word, and a "Word Count" function was performed:




I agree under the penalty of perjury that the above statements are true and correct under the laws of the United States.

Dated: October 25, 2024

CROSNER LEGAL, P.C.

By: _/s/ __*Craig W. Straub*_____
CRAIG W. STRAUB

Zachary M. Crosner (WA SBN 61644)
Craig W. Straub (CA SBN 249032)
(*pro hac vice forthcoming*)
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
zach@crosnerlegal.com

Adrian R. Bacon (CA SBN 280332)
(*pro hac vice forthcoming*)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
abacon@toddflaw.com

*Attorneys for Plaintiff and all others similarly situated*