The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>Defendants. | No. 2:24-cv-00714-RSM<br><br>**PLAINTIFF HEINZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT AMAZON.COM, INC'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>November 22, 2024 |

Plaintiff Brian Heinz submits this Notice of Supplemental Authority in support of his opposition to Defendant Amazon.com, Inc.'s renewed Motion to dismiss. *See* ECF No. 19.

On October 31, 2024, the Washington Court of Appeals issued a published opinion in *Nunley v. Chelan-Douglas Health Dist.*, __ P.3d __., 2024 WL 4631030 (Wash. Ct. App. Oct. 31, 2024) which is attached hereto as Exhibit A. In evaluating whether the "loss of value of [the plaintiffs'] personal information" (*id.* at *3) was a sufficient injury under Washington law, the Court held: "Considering Washington's existing law and the realities of the digital economy we live in now," the loss of personal information constitutes a cognizable injury (*see id.* at *11).

Dated: November 1, 2024

CROSNER LEGAL, P.C.

By: _/s/__*Zachary M. Crosner*_____
ZACHARY M. CROSNER

Zachary M. Crosner (WA SBN 61644)
Craig W. Straub (CA SBN 249032)
(*pro hac vice forthcoming*)
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
zach@crosnerlegal.com

Adrian R. Bacon (CA SBN 280332)
(*pro hac vice forthcoming*)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
abacon@toddflaw.com

*Attorneys for Plaintiff and all others similarly situated*